## Ex Parte Carreras.

Apelación procedente de la Corte de Distrito de San Juan.

No. 77.—Resuelto en Junio 2, 1904.

Dominio.—Si en una información de dominio no se justifica el tiempo de posesión del promovente, ni el de sus causantes, ni si éstos tenían. ó no título para poseer, requisitos necesarios para probar la adquisición del dominio de un inmueble por medio de la prescripción ordinaria, no es posible hacer la declaratoria de dominio que se interese.

## EXPOSICIÓN DEL CASO.

En los autos seguidos en el Tribunal del Distrito de San Juan á instancia de Doña Mariana Carreras y Morales, sobre declaratoria de dominio de una finca rústica, pendientes ante Nos á virtud del recurso de apelación interpuesto contra la sentencia pronunciada por el referido Tribunal de Distrito, la que copiada á la letra dice así:

"San Juan, Puerto Rico, Junio 30 de 1903.

"*Resultando*; que Doña Mariana Carreras y Morales, viuda de Don Martín Rodríguez, dice es dueña y posee hace más de seis años una finca rústica en el barrio del Cacao de la Carolina de 78 cuerdas 75 céntimos terrenos de tercera clase, colindantes por el Este con la Quebrada Grande denominada 'Maracuto,' Juan del Cármen Iraldo y Juan Iraldo; al Sur el citado Juan del Cármen, y Sucesión de Celso Colón, Dionisio Colón, Juan Iraldo -Ortega, Sucesión de Magdaleno Arroyo y Sucesión Pascasio Reyes; al Norte, Alejandro Benítez, Sucesión de Narciso Rivera, la de Vicente Rivera; Don Patricio Sosa; y al Oeste con la Quebrada Pastrana y Pedro González 2do., siendo el valor setecientos dollars y lo hubo 70 cuerdas, por compra á su hijo Gerónimo Rodríguez, que falleció sin dejar sucesión: 5 cuerdas por compra á Vicente Iraldo, que falleció y dejó sucesión; y tres cuerdas 75 céntimos á Rita Arroyo, que también falleció con sucesión; existiendo en el terreno enclavada una casa terrera de madera y pajas valor cincuenta dollars y careciendo de título escrito promueve información para acreditar el dominio.

'*Resultando*: que admitida la información, citados el Fiscal, los colindantes y unidos los edictos, declaran tres testigos ser cierto lo manifestado en escrito, que la finca la hubo de las personas que se indican, por los conceptos que se expresan, y que la casa á que se refiere enclavada en la finca, es de la propiedad de la promovente, y que todo lo viene poseyendo quieta y pacíficamente sin interrupción de nadie.

'*Resultando;* que calificada la prueba con criterio racional, no aparece justificado el dominio, por lo que no procede la declaratoria que se pretende. Se declara no haber lugar á decretar el dominio que se solicita. Así lo acordaron y firman los Jueces del Tribunal. por ante mí de que certifico.—Juan Morera Martínez.—Frank H. Richmond.—Angel García.—Lius Méndez Vaz.''

*Resultando*: que contra la expresada sentencia interpuso apelación la representación del promovente, la que fué admitida libremente y en ambos efectos, y que elevados los autos á esta Superioridad con citación y emplazamiento de las partes, y personada la apelante, se dió al recurso la tramitación corespondiente y se señaló día para la vista, á la que sólo asistió el Sr. Fiscal de este Tribunal Supremo, que impugnó el recurso.

Abogado del apelante: *Sr. Ginorio (Emigdio S.)*

Abogado del Pueblo: *Sr. del Toro,* Fiscal.

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Aceptando* los fundamentos de hecho de la sentencia apelada.

*Considerando*: que el presente informativo no ofrece prueba suficiente para declarar el dominio en favor de la promovente Doña Mariana Carreras, toda vez que si bien dice en su escrito de promoción de estas diligencias, que viene poseyendo los terrenos de que se trata hace más de seis años, los testigos presentados no lo confirman, pués se limitan á declarar que Doña Mariana Carreras y Morales es dueña en pleno dominio de la finca rústica de que se trata en el presente informativo, la que hubo de los poseedores, y por los conceptos que se expresan por la peticionaria, pero sin decir nada respecto del tiempo que lleve de posesión de los terrenos, ni del tiempo que poseyeran sus causantes, ni si tenían ó nó título para poseer, requisitos necesarios para probar la adquisición del dominio de un inmueble por medio de la prescripción ordinaria.

*Visto* el artículo 395 de la Ley Hipotecaria, y la Orden Judicial de 4 de Abril de 1899.

*Fallamos*: que debemos confirmar y confirmamos la sentencia apelada, con costas al apelante.

Jueces concurrentes: Sres. Hernández, Figueras, y Mac-Leary.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.